| AO 10*<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Laporte, Elizabeth D. | 2. Court or Organization<br><br>U.S. District Court, N..D. Cal | 3. Date of Report<br><br>02/10/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Full-time, Retired October 25, 2019 | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　　☐ Annual　　✔ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>10/25/2019 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>450 Golden Gate Aveneue<br>San Francisco, CA 94102 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　Trustee | Trust I |
| 2.　Member, Board of Governors | Assn. of Business Trial Lawyers, Northern California Chapter |
| 3.　Board Member | Federal Magistrate Judges Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Participation in retirement plan for the California Public Employees Retirement System |
| 2. 1998 | Participation in City & County of San Francisco Employee Retirement Fund |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 02/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | National Judicial College (Writing Self-Study Materials) | $2,600.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed Attorney |
| 2. 2019 | State of California - Pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALM Media | 1/27/2019 to 1/29/19 | New York, NY | Speaker on Judicial Panel | Transportation and lodging |
| 2. | ALM / Legal Tech | 1/30/2019 to 2/3/19 | New York, NY | Speaker on Keynote Panel | Transportation, meals, lodging |
| 3. | Federal Magistrate Judges Assn. | 3/23/19 to 3/27/19 | Washington, DC | Board Meeting | Transportaion, meals, lodging |
| 4. | Sandpiper | 4/10/19 to 4/11/19 | San Fransico, CA | Speaker on Judicial Panel | Transportation and lodging |
| 5. | Sedona Conference | 6/14/19 to 6/21/19 | Hong Kong | Speaker on Judcial Panel on management and cross-border issues | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Laporte, Elizabeth D.** | 02/10/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Zappproved | 9/17/19 to 9/20/19 | Chicago, IL | Speaker, E-Discovery Conference | Transportation, meals, lodging |
| 7. | CHIPS Network | 9/24/19 to 9/27/19 | Washington, DC | Summit on Technology Law & Privacy | Transportation and lodging |
| 8. | Electronic Discovery Institute | 10/16/19 to 10/17/19 | Incline Village, NV | Speaker on panels | Meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 02/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 02/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust I | | | | | | | | | |
| 2. --NY State Thruway Authority Due 4/1/20 | B | Interest | K | T | | | | | |
| 3. --Bethlehem NY CSD Due 7/15/21 | B | Interest | K | T | | | | | |
| 4. --Metropolitan Transit Authority NY Due 11/15/21 | A | Interest | K | T | | | | | |
| 5. --Util Debt Sec Authority NY Due 6/15/24 | B | Interest | K | T | | | | | |
| 6. --NY State Environ, Clean Water Comb Util Due 6/15/25 | A | Interest | K | T | | | | | |
| 7. --NY State Bridge Authority Due 1/1/26 | B | Interest | K | T | | | | | |
| 8. --NYC NY Transit Authority Due 2/1/27 | B | Interest | L | T | | | | | |
| 9. --DFA CA Short Term Muni Bond Portfolio (DFCMX) | A | Dividend | L | T | | | | | |
| 10. --DFA T.A. World Ex U.S.(DFTWX) | E | Dividend | P1 | T | | | | | |
| 11. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | E | Dividend | P1 | T | Buy (add'l) | 05/29/19 | K | | |
| 12. --Vanguard CA Intermediate Term Bond Fund (VCADX) | D | Dividend | O | T | Sold (part) | 03/19/19 | M | C | |
| 13. --Vanguard Total Bond Mkt Index Fund (VBTLX) | D | Dividend | N | T | | | | | |
| 14. --IShares Short Term Corporate Bond ETF (IGSB) formerly CSJ | B | Dividend | K | T | Sold (part) | 03/19/19 | L | A | |
| 15. --Vanguard Total Stock Market ETF (VTI) | | None | | | Sold | 01/03/19 | M | A | |
| 16. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | C | Dividend | M | T | Sold (part) | 03/19/19 | M | D | |
| 17. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | | | | | Buy (add'l) | 07/15/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Laporte, Elizabeth D.** | 02/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --DFA Emerging Markets Core Equiry Portfolio (DFCEX) | | | | | Buy (add'l) | 09/30/19 | K | | |
| 19. --DFA International Core Equity Portfolio (DFIEX) | E | Dividend | O | T | Sold (part) | 03/19/19 | M | A | |
| 20. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 07/15/19 | K | | |
| 21. --DFA Short Term Extended Portfolio (DFEQX) | A | Dividend | M | T | | | | | |
| 22. --Dodge & Cox Income Fund (DODIX) | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 23. --Schwab Bank Cash (Trust I) (formerly Schwab Money Mkt Fund Trust I) | A | Dividend | L | T | | | | | |
| 24. IRA Rollover Account #1 (formerly PS Account #1) | | | | | | | | | |
| 25. --Dodge & Cox Income Fund (DODIX) | C | Dividend | M | T | | | | | |
| 26. --JP Morgan Core Bond I (WOBSZ) | D | Dividend | N | T | Buy (add'l) | 05/29/19 | K | | |
| 27. --IShares Short-Term Corporate Bond Fund (IGSB) formerly CSJ | B | Dividend | L | T | | | | | |
| 28. --DFA Global Real Estate Securities Portfolio (DFGEX) | | None | M | T | Sold (part) | 05/29/19 | K | C | |
| 29. --DFA International Core Equity Portfolio (DFIEX) | A | Dividend | K | T | | | | | |
| 30. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | A | Dividend | J | T | Buy | 07/15/19 | J | | |
| 31. --DFA US Core Equity 2 Portfolio (DFQTX) | A | Dividend | K | T | Buy | 02/13/19 | J | | |
| 32. --DFA US Core Equity 2 Portfolio (DFQTX) | | | | | Buy (add'l) | 05/29/19 | K | | |
| 33. --Schwab Bank Cash #5 (formerly Schwab Money Market Fund #5) | A | Dividend | J | T | | | | | |
| 34. 401k Account #1 | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Laporte, Elizabeth D.** | 02/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --DFA Short-Term Extended Quality Portfolio (DFEQX) | A | Dividend | K | T | | | | | |
| 36. --Dodge & Cox Income Fund (DODIX) | D | Dividend | N | T | Sold (part) | 02/14/19 | L | A | |
| 37. --DFA Emerging Markets Core Portfolio (DFCEX) | C | Dividend | M | T | Buy (add'l) | 03/20/19 | M | | |
| 38. --DFA International Core Equity Portfolio (DFIEX) | D | Dividend | N | T | | | | | |
| 39. --JP Morgan Core Bond Fund I (WOBSZ) | B | Dividend | L | T | Buy (add'l) | 07/16/19 | J | | |
| 40. --DFA Two Year Global Fixed Income Portfolio (DFGFX) | A | Dividend | J | T | Buy | 04/12/19 | J | | |
| 41. --DFA US Core Equity 2 Portfolio (DFQTX) | | None | | | Buy (add'l) | 02/14/19 | L | | |
| 42. --DFA US Core Equity 2 Portfolio (DFQTX) | | | | | Sold | 03/19/19 | M | C | |
| 43. --Schwab Bank Cash #6 (formerly Schwab Money Market Fund #6) | A | Dividend | K | T | | | | | |
| 44. Roth IRA Account #1 | | | | | | | | | |
| 45. --DFA International Core Equity Portfolio (DFIEX) See note in Pt. VIII | A | Dividend | J | T | | | | | |
| 46. Roth IRA Account #2 | | | | | | | | | |
| 47. --DFA International Core Equity Portfolio (DFIEX) | A | Dividend | J | T | | | | | |
| 48. Learning Quest 529 Ed. Sav. Plan #2 Short-Term Portfolio | | None | J | T | Sold (part) | 01/07/19 | J | A | |
| 49. Learning Quest 529 Ed. Sav. Plan #2 Short-Term Portfolio | | | | | Sold (part) | 03/07/19 | J | A | |
| 50. Learning Quest 529 Ed. Sav. Plan #2 Short-Term Portfolio | | | | | Sold (part) | 04/02/19 | J | A | |
| 51. Learning Quest 529 Ed. Sav. Plan #2 Short-Term Portfolio | | | | | Sold (part) | 06/26/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Laporte, Elizabeth D.** | 02/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Republic Bank Checking Account | A | Interest | J | T | | | | | |
| 53. Bank of America cash accounts | A | Interest | J | T | | | | | |
| 54. American Express Savings Account | C | Interest | M | T | Open | 01/18/19 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

.
Section VII: Investments and Trusts

LInes 23, 33, 43: Schwab Money Market Fund (cash sweep accounts) were rolled over into Schwab Bank accounts (cash sweep accounts).

Lines 45: In the 2018 Report, this asset was described as "Vanguard International Core Equity Portfolio (DFIEX)." It should have been described as "DFA International Core Equity Portfolio (DFIEX)."

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 02/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth D. Laporte**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544